## WIMBUSH *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 8, September Term, 1962.]

*Decided June 15, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT, HORNEY and MARBURY, JJ.

PER CURIAM.

The reason stated by Judge Charles D. Harris in his memo-
randum opinion dismissing the applicant's petition for relief
under the Post Conviction Procedure Act were correct, are
adopted by us, and we find no grounds justifying granting
leave to appeal.

In his application for leave to appeal to this court the appli-
cant makes two contentions which were not presented below
in his original petition: 1, that he was entitled to be present at
the hearing on his application, and 2, that he should be granted
a reduction of sentence.

With respect to his first contention, this court has repeat-
edly held that the applicant's presence at the post conviction
hearing was discretionary with the trial court, Code (1961
Cum. Supp.), Article 27, § 645G. *Wilson v. Warden,* 225 Md.
632; *Cheeseboro v. Warden,* 224 Md. 660; *Henson v. Warden,*
223 Md. 674.

As to his second contention, the request for a reduction of
sentence was a matter which should have been seasonably ad-
dressed to the trial court. *Fisher v. Warden,* 225 Md. 642.

*Application denied.*